IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARDEDUS LAMAR MACK, AIS 246186, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:24-CV-42-WKW ) [WO] |
| E. MAYES, | ) ) |
| Defendant. | ) |

**<u>ORDER</u>**

Plaintiff Mardedus Lamar Mack, proceeding *pro se*, filed this 42 U.S.C. § 1983 action alleging violations of his federally protected rights while in the custody of the Alabama Department of Corrections. On September 24, 2024, the Magistrate Judge identified deficiencies in the complaint and ordered Plaintiff to file an amended complaint by October 9, 2024, warning that his failure to comply would result in a recommendation for dismissal. (Doc. # 10.) Plaintiff did not file an amended complaint as directed or otherwise respond to the Order. Therefore, on December 6, 2024, the Magistrate Judge filed a Recommendation for dismissal based on the authority of courts to dismiss cases for failure to prosecute or obey court orders, as supported by Rule 41(b) of the Federal Rules of Civil Procedure and controlling case law. (Doc. # 13.) Plaintiff had until December 20, 2024, to file objections (*id.* at 2); however, to date, no objections have been filed.

2

Based upon the foregoing and an independent review of the record, it is ORDERED as follows:

(1)  The Recommendation (Doc. # 13) is ADOPTED; and

(2)  Plaintiff's action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 25th day of March, 2025.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE